No. 79–593. BLUM, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES *v.* HOLLEY ET AL.; and

No. 79–594. RUSSO, COMMISSIONER OF MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES *v.* HOLLEY ET AL. C. A. 2d Cir. Motions of respondent Holley for leave to proceed *in forma pauperis* granted. Certiorari denied. Reported below: 605 F. 2d 638.

No. 79–1331. DEPARTMENT OF SAFETY OF NEW HAMPSHIRE ET AL. *v.* CARLSON. C. A. 1st Cir. Certiorari denied. MR. JUSTICE BLACKMUN would grant certiorari.

No. 79–1332. GOODMAN ET AL. *v.* MCDONNELL DOUGLAS CORP. C. A. 8th Cir. Motion of petitioners for leave to proceed as veterans granted. Certiorari denied.

No. 79–6148. RUTLEDGE *v.* FLORIDA. Sup. Ct. Fla.;

No. 79–6175. HOLMES *v.* FLORIDA. Sup. Ct. Fla.; and

No. 79–6241. DOBBS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 79–6148, 374 So. 2d 975; No. 79–6175, 374 So. 2d 944; No. 79–6241, 245 Ga. 208, 264 S. E. 2d 18.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–1453. UNITED STATES ET AL. *v.* EUGE, 444 U. S. 707;

No. 79–5663. WILLIAMS *v.* VIRGINIA, 445 U. S. 917; and

No. 79–6075. CONRAD *v.* GREENE, U. S. DISTRICT JUDGE, ET AL., 445 U. S. 921. Petitions for rehearing denied.